AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| Sean Patterson | ) | Case No.    5:25-MJ-309 (ML) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant(s)** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date(s) of September 24, 2025 in the county of Onondaga in the Northern District of New York the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, U.S.C., § 922(g)(1). | Possession of a Firearm by a Previously Convicted Felon. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒    Continued on the attached sheet.

_Richard R Gardinier 5999_
*Complainant's signature*

Richard Gardinier, ATF Special Agent
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    September 29, 2025

_Miroslav Lovric_
*Judge's signature*

City and State:    Binghamton, New York

Hon. Miroslav Lovric, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF
<u>AN APPLICATION FOR A CRIMINAL COMPLAINT</u>

I, Richard Gardinier, being first duly sworn, hereby depose and state as follows:

<u>INTRODUCTION AND AGENT BACKGROUND</u>

1.    I make this affidavit in support of a criminal complaint charging Sean Patterson with violating Title 18, United States Code, Section 922(g)(1).

2.    I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since January 2, 2017. I attended the Federal Law Enforcement Training Center (FLETC), located in Glynco, Georgia, where in I was enrolled in, and successfully completed, both Criminal Investigator Training Program (CITP) and Special Agent Basic Training (SABT). During my training, I received instruction on physical surveillance, interviewing sources of information and defendants, reviewing telephone and financial records, applying for and serving search warrants, firearms trafficking, etc. Prior to my time with ATF, I was employed by the United States Secret Service, Uniformed Division (USSS/UD) for four years. I was enrolled in and successfully completed the Uniformed Police Training Program (UPTP) at FLETC, as well as New Officer Training with the USSS/UD, located in Beltsville, Maryland.

3.    The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

4.    Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Sean Patterson has violated Title 18, United States Code, Section 922(g)(1) (possession of a firearm by a previously convicted felon).

1

<u>FACTS ESTABLISHING PROBABLE CAUSE</u>

5.    On September 24, 2025, law enforcement members from several agencies including the Syracuse Police Department (SPD) and Onondaga County Sheriff's Office (OCSO) were conducting a routine detail targeting individuals subject to supervision and/or active arrest warrants.

6.    On the same date, law enforcement observed Sean Patterson, who is known to law enforcement from frequent prior contact, standing near a white sedan in the 200 block of Otisco Street, Syracuse, New York.  Law enforcement was aware that Patterson had an outstanding arrest warrant out of Onondaga County Court for Tampering with Physical Evidence.  Therefore, law enforcement members approached Patterson to place him under arrest.

7.    Officers wearing duty-issued police gear identified themselves and attempted to apprehend Patterson.  Patterson moved toward and then entered the driver's seat of a nearby white Subaru Legacy ("the Subaru"). Patterson then attempted to flee in the Subaru. Patterson turned the Subaru left and drove the Subaru directly into the driver's side of an occupied, parked police vehicle.

8.    Law enforcement ultimately removed Patterson from the driver's seat of the Subaru and placed him under arrest.  A subsequent search of Patterson's person revealed a loaded Smith and Wesson, model M&P Shield M2.0 EX, 9mm caliber pistol bearing serial number NEZ8476, which was in the front pocket of Patterson's hoodie and approximately 50 glassine envelopes containing a tan powdery substance which produced a positive reaction for the presence of fentanyl in his front left pocket. A subsequent search of the Subaru revealed an additional 50 glassine envelopes containing the same tan powdery substance and marked with the same logo.

2

9.      Patterson is legally prohibited from possessing a firearm. On August 27, 2020, in Onondaga County Court, Patterson was convicted of Attempted Criminal Possession of a Weapon in the Second Degree and ultimately sentenced to two years in state prison.

10.     I have examined descriptions of the pistol recovered from Patterson's hoodie pocket.  Based on my research, knowledge, training and experience, this pistol was manufactured in the state of Connecticut.  Therefore, having been possessed in the state of New York, it has traveled in and/or affected interstate commerce.

11.     In light of the foregoing, I respectfully submit there is probable cause to believe Sean Patterson has violated Title 18, United States Code, Section 922(g)(1) and I respectfully request the Court authorize the filing of this complaint so that the defendant may be brought to court for further proceedings in accordance with the law.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

*Richard R Gardinier 5999*

Richard Gardinier,
Special Agent, ATF

I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by video conference on September 29, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

*Miroslav Lovric*

Hon. Miroslav Lovric
United States Magistrate Judge

3